**Michael DIPIETRO, Petitioner–Appellant,**

v.

**FIRST ALLIED SECURITIES, INC., Respondent–Appellee.**

**No. 14-16913**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted October 17, 2016 San Francisco, California

Filed October 27, 2016

Marie Claire Mirch, Esquire, Attorney, Kevin J. Mirch, Attorney, Mirch Law Firm LLP, San Diego, NV, for Petitioner–Appellant

Edwin Allen Barkel, Esquire, Attorney, Lewis Roca Rothgerber Christie LLP, Phoenix, AZ, Michael Schwartzberg, Winget Spadafora & Schwartzberg LLP, New York, NY, for Respondent–Appellee

Before: GRABER and MURGUIA, Circuit Judges, and BENNETT,* District Judge.

## MEMORANDUM **

Michael DiPietro appeals the district court's order denying DiPietro's petition to vacate or modify the arbitration award and confirming the arbitration award. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's decision to confirm an arbitration award. *New Regency Prods., Inc. v. Nippon Herald Films, Inc.*, 501 F.3d 1101, 1105 (9th Cir. 2007). We affirm for the reasons stated by the district court in its Order filed on October 1, 2014.

**AFFIRMED.**

---

* The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).